UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN SKLAR,<br><br>                           Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA CORP., et al.,<br><br>                           Defendants. | No. 09 Civ. 580 (DC) |
| AND RELATED CASES | |
| THIS PLEADING RELATES TO:<br>**DERIVATIVE ACTIONS** | |

**JOINT MOTION BY LOUISIANA MUNICIPAL
POLICE EMPLOYEES RETIREMENT SYSTEM AND
HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM TO
CONSOLIDATE DERIVATIVE ACTIONS, APPOINT LEAD PLAINTIFFS,
AND APPROVE PROPOSED LEAD PLAINTIFFS' CHOICE OF COUNSEL**

PLEASE TAKE NOTICE that, upon the Declaration of Albert M. Myers, executed March 20, 2009, the exhibits attached thereto, the accompanying Memorandum of Law, and all pleadings heretofore filed in this action and in the derivative actions identified in the Memorandum of Law, the Louisiana Municipal Police Employees Retirement System ("Louisiana") and the Hollywood Police Officers' Retirement System ("Hollywood") (collectively, the "Institutional Group") will move this Court, at a time to be determined by the Court, for an order consolidating all similar shareholder derivative actions currently pending against the officers and directors of Bank of America

Corporation ("BAC" or the "Company") and other defendants, to appoint Louisiana and Hollywood as Lead Plaintiffs, and to appoint Kahn Gauthier Swick, LLC and Saxena White P.A. as Co-Lead Counsel.[1]

Dated: March 23, 2009

Respectfully submitted,

KAHN GAUTHIER SWICK, LLC

By: /s/Albert M. Myers
Lewis S. Kahn
*lewis.kahn@kgscounsel.com*
Albert M. Myers (a member of the bar of this Court)
*albert.myers@kgscounsel.com*
Kevin L. Oufnac
*kevin.oufnac@kgscounsel.com*
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Fax: (504) 455-1498

Michael A. Swick (a member of the bar of this Court)
12 East 41st Street, 12th Floor
New York, NY 10017
Telephone: (212) 696-3730
Fax: (504) 455-1498
*michael.swick@kgscounsel.com*

*Attorneys for Proposed Lead Plaintiff the Louisiana Municipal Police Employees Retirement System and Proposed Co-Lead Counsel*

---

[1] The Institutional Group also has the support of plaintiff Steven Waldman in *Waldman v. Lewis, et al.*, No. 09 Civ. 834, which is among the derivative actions sought to be consolidated.

SAXENA WHITE P.A.

By: /s/Joseph E. White, III
MAYA S. SAXENA
*msaxena@saxenawhite.com*
JOSEPH E. WHITE, III
*jwhite@saxenawhite.com*
CHRISTOPHER S. JONES (a member of the bar of this Court)
*cjones@saxenawhite.com*
LESTER R. HOOKER
*lhooker@saxenawhite.com*
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile: (561) 394-3082

*Attorneys for Proposed Lead Plaintiff Hollywood Police Officers' Retirement System and Proposed Co-Lead Counsel*

ROY JACOBS & ASSOCIATES

By: /s/Roy L. Jacobs
Roy L. Jacobs (a member of the bar of this Court)
*rjacobs@jacobsclasslaw.com*
60 East 42nd Street
New York, NY  10165
Telephone: (212) 685-0969
Fax: (212) 685-2306

-and-

PASKOWITZ & ASSOCIATES
Laurence D. Paskowitz (a member of the bar of this Court)
*classattorney@aol.com*
60 East 42nd Street
New York, NY  10165
Telephone: (212) 685-0969
Fax: (212) 685-2306

*Attorneys for Plaintiff Steven Waldman and Additional Counsel for Proposed Co-Lead Plaintiffs*