IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN SKLAR,<br><br>                      Plaintiff,<br><br>   - against -<br><br>BANK OF AMERICA CORP., et al.,<br><br>                      Defendants. | 09 Civ. 580 (DC)<br><br>**PLAINTIFF JUDY CALIBUSO'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS AND APPOINTMENT OF INTERIM LEAD PLAINTIFF AND CO-LEAD AND LIAISON COUNSEL**<br><br>**ERISA** |
| AND RELATED CASES | |

      NOTICE IS HEREBY GIVEN THAT Plaintiff Judy Calibuso ("Plaintiff") hereby moves this Court for entry of [Proposed] Order Consolidating Related Actions and Appointing Interim Lead Plaintiff and Co-Lead and Liaison Counsel, consolidating the ERISA matters listed in the Court's February 25, 2009 Order as well as Plaintiff Calibuso's Complaint, filed today under the number 09-CV-2674, pursuant to Fed. R. Civ. P. 42(a) and appointing Lewis, Feinberg, Lee, Renaker & Jackson, P.C., and Lieff, Cabraser, Heimann & Bernstein, LLP, as Interim Co-Lead Counsel; Lieff Cabraser as Interim Liaison Counsel; and Ferguson, Stein, Chambers, Gresham & Sumter, P.A., and Outten & Golden, LLP as additional counsel.

806243.1

      This Motion is supported by the accompanying Memorandum of Law and such other written and/or oral argument as may be presented to the Court.

DATED:  March 23, 2009            /s/ *Steven E. Fineman*
                                                                 Steven E. Fineman

LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Steven E. Fineman  (SF 8481)
Rachel Geman  (RG 0998)
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

LEWIS, FEINBERG, LEE, RENAKER &
  JACKSON, P.C.
Jeffrey G. Lewis
Teresa Renaker
Margaret Hasselman
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone:  (510) 839-6824
Facsimile:  (510) 839-7839

FERGUSON, STEIN, CHAMBERS
  GRESHAM & SUMTER, P.A.
Geraldine Sumter
C. Margaret Errington
741 Kenilworth Avenue, Suite 300
Charlotte NC  28204
Telephone:  (704) 375-8461
Facsimile:  (704) 334-5654

OUTTEN & GOLDEN, LLP
Jack A. Raisner (JR 6171)
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005

*Attorneys for Plaintiff and the Proposed Class*