UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANK OF AMERICA CORP. SECURITIES, DERIVATIVE AND EMPLOYMENT RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION | No. 09 MD 2058 (DC)<br><br>Master Case: 09 Civ. 580 (DC)<br><br><u>CLASS ACTION</u><br><br>ELECTRONICALLY FILED |

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Lead Plaintiffs, The State Teachers Retirement System of Ohio ("STRS Ohio"); Ohio Public Employees Retirement System ("OPERS"); Teachers Retirement System of Texas ("Texas TRS"); and Stichting Pensioenfonds Zorg en Wilzijn, represented by PGGM Vermongensbeheer B.V. ("PGGM") and Fjarde AP-Fonden ("AP4") (collectively, the "Public Pension Funds") and the Proposed Class.

I certify that I am admitted to practice in this court.


Date:  July 20, 2009                    BARROWAY TOPAZ KESSLER
                                        MELTZER & CHECK, LLP

                                         s/ Sharan Nirmul
                                        280 King of Prussia Road
                                        Radnor PA 19087
                                        610-667-7706
                                        Fax: 610-667-7056
                                        Email: snirmul@btkmc.com