**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BANK OF AMERICA CORP. SECURITIES, DERIVATIVE AND EMPLOYMENT RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION | No. 09 MD 2058 (PKC)<br><br>Master Case: 09 Civ. 580 (PKC)<br><br>CLASS ACTION<br><br>ELECTRONICALLY FILED |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for  Lead Plaintiffs, The State Teachers Retirement System of Ohio; Ohio Public Employees Retirement System; Teachers Retirement System of Texas; Stichting Pensioenfonds Zorg en Wilzijn, represented by PGGM Vermongensbeheer B.V. and Fjarde AP-Fonden and the Proposed Class in the above-referenced action.  I certify that I am admitted to practice in this court.


Date:   September 27, 2011

KESSLER TOPAZ
MELTZER & CHECK, LLP

 /s/ John A. Kehoe
280 King of Prussia Road
Radnor PA 19087
Tel:  610-667-7706
Fax: 610-667-7056
Email: jkehoe@ktmc.com