UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
IN RE BANK OF AMERICA CORP.                               :
SECURITIES, DERIVATIVE, AND                               :        Master File No. 09 MD 2058 (PKC)
EMPLOYEE RETIREMENT INCOME                                :
SECURITY ACT (ERISA)                                      :        ECF Case
LITIGATION                                                :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
THIS DOCUMENT RELATES TO:                                 :
                                                          :
ALL ACTIONS                                               :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Jennie B. Krasner, hereby respectfully moves

for withdrawal of her appearance as counsel for defendant John Thain and removal from

service of any further pleadings in connection with the above-captioned matter. The

undersigned is no longer employed by or otherwise affiliated with Dechert LLP, counsel

of record for defendant. The appearances by other Dechert LLP attorneys are unaffected

by this request.

Dated:  Princeton, New Jersey
        September 27, 2011


                                        By:  ___/s/Jennie B. Krasner_____
                                             Jennie B. Krasner (JK0107)



**SO ORDERED**, on this ___ day of _____, 2011.


_____
        U.S.D.J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
IN RE BANK OF AMERICA CORP.                                 :
SECURITIES, DERIVATIVE, AND                                 :        Master File No. 09 MD 2058 (PKC)
EMPLOYEE RETIREMENT INCOME                                  :
SECURITY ACT (ERISA)                                        :        ECF Case
LITIGATION                                                  :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
THIS DOCUMENT RELATES TO:                                   :
                                                            :
ALL ACTIONS                                                 :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF JENNIE B. KRASNER IN SUPPORT OF
## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

I, Jennie B. Krasner, declare as follows:

I am moving to withdraw as attorney of record for defendant John Thain, because

I am no longer employed by or otherwise affiliated with Dechert LLP, counsel of record

for defendant John Thain. The appearances by other Dechert LLP attorneys are

unaffected by this request.

Dated: Princeton, New Jersey
       September 27, 2011


                                        By:    /s/Jennie B. Krasner
                                               Jennie B. Krasner (JK0107)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I caused a true and complete copy of the attached Notice of Withdrawal of Counsel to be electronically filed with the United States District Court, Southern District of New York, and to be served via ECF upon all counsel of record.

By:   */s/Jennie B. Krasner*
      Jennie B. Krasner (JK0107)

Dated:   September 27, 2011